# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Torion Technologies, Inc. ) | ASBCA No. 59762 |
| ) | |
| Under Contract Nos. W911S6-09-C-0002 ) | |
| W911SC-06-D-0011 ) | |

APPEARANCE FOR THE APPELLANT:  Patrick S. Hendrickson, Esq.
 Hendrickson Law Firm
 South Jordan, UT

APPEARANCES FOR THE GOVERNMENT:  Raymond M. Saunders, Esq.
 Army Chief Trial Attorney
 Robert B. Neill, Esq.
 Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 18 April 2016

J. REID PROUTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59762, Appeal of Torion Technologies, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals